# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carl Martin

                              Plaintiff,

v.                                                                   Case No.: 1:19−cv−06463
                                                                      Honorable Robert M. Dow Jr.

CareerBuilder, LLC., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of dismissal [37] filed on 8/12/2020, this case is dismissed with prejudice under FRCP 41(a)(1)(A)(ii). All pending deadlines are moot. Civil case terminated. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.